# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Curtis Richardson, aka Curtis D. Richardson, aka Curtis Dale Richardson ) <br> *Plaintiff* ) <br> v. ) <br> D. S. Wilkes, Medical Staff Supervisor of Darlington County Detention Center ) <br> *Defendant* ) | Civil Action No.  4:16-cv-835-RBH |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Default Judgment is entered in favor of plaintiff against Defendant D.S. Wilkes in the amount of Five Thousand and No/100 ($5,000.00) Dollars.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  February 13, 2018

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*